IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LESTER MOODY | * |
| v. | * Civil No. – JFM-16-3706 |
| BALTIMORE CITY DEPARTMENT OF SOCIAL SERVICES | * |

******

**MEMORANDUM**

Plaintiff has filed this action under Title VII. Defendant has filed a motion to dismiss or, in the alternative, for summary judgment. The motion will be treated as one for summary judgment and, as such, will be granted.

The complaint does not contain any allegation that plaintiff has received a right to sue letter from the EEOC. Moreover, defendant has attached to its motion an affidavit from the Director of the Equal Employment Opportunity Commission's Baltimore field office which states that although plaintiff did speak to an EEOC investigator, no charge of discrimination resulted from plaintiff's claim.

A separate order is being entered herewith.

Date: 2/14/17

J. Frederick Motz
United States District Judge